RECEIVED

JAN - 2 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORHERN DISTRICT OF ILLINOIS

Ali Sayman
P.O.Box. 804554
Chicago, IL 60680 - 4107

     **Plaintiff**

     **v.**

Harold Washington  College
30 E. Lake St.
Chicago, IL 60602

Christine Franz
Dean of Instructor
30 E. Lake St.
Chicago, IL 60602

City Colleges of Chicago
30 E. Lake St.
Chicago, IL 60602

Prof. Dr. William Stauder
Saint Louis University
3707 Laclede Ave.
Saint Louis, MO 63103

Mrs. R. Nussbaum
1 McNight Pl.
Saint Louis, MO 63124

Ms. Julie Nussbaum
9360 Old Bohomme
Saint Louis, MO 63132

     **Defendants**

Case No:  **03C  0027**

Judge :

**JUDGE MANNING**

*MAGISTRATE JUDGE BOBRICK*

JAN - 3 2003

## COMPLAINT

If I do any mistake, I will apologize from Honorable Judge. I am a pro-se. I do not know
Federal Laws, and Regulations and Rules of the USA. I am a pro-se. I do not know how
to write acceptable regular complaint. According to Local Rule, I requested Honorable

- 1 -

Judge William W. Lindberg, who knows my case situation, to take my new case.

1- Honorable Judge William W. Lindberg gave decision suggested that I can open case Harold Washington College and City Colleges of Chicago. I opened new case, and I wrote civil cover sheet Judge: Lindberg and Docket Number: 01 C 4212. I were expected to same Honorable Judge, but Honorable Judge was changed to Honorable Judge William J. Hibbler, and new Case No: 02 C 1614.

1a- I have wanted to work at Harold Washington College fall semester 2002. Mathematics chairman has accepted to give courses for fall semester 2002, but Ms. Christine Franz, Dean of Instructor, has not accepted me to give courses; therefore, I could not work at Harold Washington College fall semester 2002. In my opinion, there was something wrong, because she knew that situation. I would like to learn from her what was wrong? Therefore, I put her name on the first page and civil cover sheet.

2- Honorable Judge William J. Lindberg gave dismissal situation, because my appointed counsel and I could not send complaint to my defendants before 4 months.

2a- I gave the complaint Case No: 01-C- 4212 dated on 6.5.2001. Lot gave Honorable Judge William W. Lindberg who has given 3 appointed counsel. Second appointed counsel, persecutor, suggested that I had to write my complaint to the Court. Honorable Judge William W. Lindberg told this suggestion to orally at Courtroom.

3- I am pro-se. I have prepared my complaints for Honorable Judge William W. Lindberg. I have written 2 complaints related to teach mathematics section. I cannot write larger or smaller than these complaints. I have to give same complaints. I know very good mathematics, but I do not know Federal Laws, and I am not an attorney of law.

3a- I have given necessary information about 3 appointed counsels the complaint Case No: 02 C 1614 dated on 3.5.2002. I have learned something, and I have tried to do their advices.

4- There are my defendants in Saint Louis behind these cases, and I have opened 42 U.S.C. 1983, 42 U.S.C 1985(3), 42 U.S.C. 2000h-2. I can add 42 U.S.C. 2000e. I am giving some information about my defendants in Saint Louis.

4a- I will try to give some information related with my defendants in Saint Louis. They were living in Saint Louis. My defendant, Prof.Dr. Father William Stauder is the Catholic Priest. When I go anywhere in any State, he has used third religious person. Mrs. Nussbaum and Ms. Julie Nussbaum have used sister of Ms. Julie Nussbaum who lives in Chicago. They have been using innocent people or / and criminal person, third person to bather me. Suppose, if my defendants have not done these situations, I have not been bothering me third person at any residence place. When I go any residence place, I have not been bothering me anymore.

- 2 -

5- I gave the complaint to Immigration Court, Refer to File: A75 828 310, dated on 11.18.1998 (App.1). I wrote page 1, second paragraph " I called Landlord Mr. Jersey Stypula.... (Phone: 847 698 3631) to rent a room  (6916 W. Grand Ave. Chicago, IL 60 707) ... I came Chicago dated on August 6, 1998... I came to Chicago... I saw that my room was given to a Polish man...."

5a- I wrote page 1, last paragraph " I am giving 13 diskettes, which are destroyed. ... Quarto Pro, Quicken, Lotus... IBM Sayman, Sayman1 were done in 1992 in which I had written the letters to Miss Julie Nussbaum...Sayman1 (C language, solution of problems) were done at Chicago were done at Harold Washington College.

6- I gave the complaint to Immigration Court, Refer to File: A75 828 310, dated on 10.8.1999 (App.2). I wrote page 1, second paragraph " When I came from St. Louis to Chicago in August 1998. I had a little money at State Missouri State Bank. I had not gotten any help from Turkish people in St. Louis. I put this money at Hoyne Saving Bank. Account number is 05 03 019055, and telephone number is (773) 889 7575 (7015 W. Grand Ave., Chicago, IL 60707). When I wanted to move from Chicago to Florida, I withdrew all money from this Bank (App.1). I have used this money for travel expenses. I survived in Fort Lauderdale with help of Turkish people."

7- I gave the answer to Darlington Hotel, Manager Mrs. Sue F. Gibson, plaintiff, at in the Circuit Court of Cook County Illinois Municipal Department, First District dated on 5.3.2000 (App.3). I wrote paragraph 3; federal Court material taken from my room, and with help of Manager it was returned to me. But, I had many handwriting notes were taken from my room 316 that I had written in St. Louis. I could not get police report, because these papers were not Court documents.

8- I gave the complaint to Illinois Attorney General, Jim Ryan. I received Office of the Attorney General, State of Illinois Re:, File No:. I am giving some examples: Re: Bellwood Hotel, File No: 2001- CONSC-00031530 dated on May 23, 2001 (App.4a); Re: Best Practices H.S. File No: 2001- CONSC-00040694 dated on October 17, 2001 (App.4b); Re: Tokyo Hotel, File No: 2001- CONSC-00040732 dated on October 18, 2001 (App.4c); Re: Covent Hotel, File No: 2002- CONSC-00060458 dated on August 18, 2001 (App.4d).

9- I will give some complaint to Illinois Attorney General, Jim Ryan, and / or Police Report.

9a- I gave police report No: 797481 dated on Dec 28, 2002 (App.5a1). Court papers and mathematics courses papers were taken from my room 19, 2498 S. Blue Island.

9b- I gave the complaint, Manager of Bellwood Hotel, to Illinois Attorney General, Jim Ryan, dated on May15, 2002 (App.5b1). I gave police report No: G 278 541 dated on May 14, 2001 (App.5b2). District Court and Appeals Court documents, from Saint Louis, were taken from Rm. 324, 1409 W. Diversey.

9c- I gave the complaint, Best Practice H.S., to Illinois Attorney General, Jim Ryan, dated on 10. 10. 2002 (App.5c1). 3 difference address application for equivalent from foreign countries to USA, and Regional Superintendent addresses. 2040 W. Adam St. Teacher's Lunchroom.

9d- I gave the complaint, Manager of Tokyo Hotel, to Illinois Attorney General, Jim Ryan, dated on 10.10. 2002 (App.5d1). I gave police report No: G 541482 dated on Sep. 9, 2001 (App.5d2). Illinois Department of Human Rights, Charge Number 2001CF1615, was taken from Rm. 1406, 19 E Ohio St.

9d- I gave the complaint, Manager of Covent Hotel, to Illinois Attorney General, Jim Ryan, dated on August 1, 2002 (App.5e1). My rubber white shoes one section of pair has been cut ankle of heel and CTA ticket was taken from Rm.30, 2653 N. Clark Street.

9e- I gave police report No: HH49986 dated on July 10, 2002 (App.5f1). I were in the red line train, and my green handbag were taken from some persons. I had 22 diskettes, and Federal Court documents in Chicago, District Court Case No: 02 CV 2831, 02 CV 2413, 02 CV 2808, Appeals Court Case No: 02-2510, 02-2511, 02-2505, and others Courts Documents.

10- I gave the complaint to United State District Court of Saint Louis (Case No:4:01 CV 593 ERW) dated on 6.4.2001 (App.6). I have problems with my defendants in Saint Louis. I wrote second and third pages A1 to A23 necessary documents. I was trying to open cases some of these documents at Federal Court in Chicago. I could not give first stamped page, because all religion cases in Saint Louis were in my dark blue luggage that was not returned to me from Owner of Tokyo Hotel, all my materials were taken from my room 1106 to sidewalk at Ohio St. dated on 6.19.2002 (In the Circuit Court of Cook County, Illinois Case No: 02-M1- 708312).

11a- I gave the complaint, about Tokyo Hotel Case No: 02 – 708312, to United States Department of Justice Executive Office for Immigration Review Board of Immigration Appeals dated on 7.15.2002. My Alien Number is 75 828 310. I had a removal situation, and I have to leave from the USA at any time. I received from Employment Authorization work permission one year permanent residence from 7.21.2002 to 7.21.2003. I received two decision from honorable Judge dated on 9.5.2002 and 9.13.2002 (App.6a, b). Immigration Appeals Court will give decision my situation.

12- I have received the document from Chicago Public Schools, Office of Labor and Employee Relations, dated on 10.29.2002. Chicago Public Schools is terminated immediately (App.7). I have worked fall semester 4 days as a substitute teacher.

12a- I gave the complaint, Management, to Illinois Attorney General, Jim Ryan, dated on 11. 26. 2002 (App.7a). I wrote " I moved from Covent Hotel to 4135 N. Kedvale Ave. dated on 11.21.2002. I looked my black handbag dated on 11.24.2002 around 9:00p.m. I could not see my complaints to Chicago Public Schools, Office of Labor and Employee

- 4 -

Relations, Acting Director Mrs. Cherly L. Nevins."

12b- I went to Chicago Public School Teacher Union to take School's complaints and I took them (App7b). I gave the complaint to Mrs. Cheryl L. Nevins, and I took my complaint that I gave dated on 10.18.2002 (App.7c). I will give only 3 examples from my complaint.

12c-I gave the complaint (App.1) dated on 10.1.2002. I wrote on line 2 " one student threw plastic empty water to my head, when I were on teacher desk. I called security and security came. Girls' students told that the boy threw the bottle. Security woman told that girls' students threw the bottle instead of the boy." Processor Car Acad (H.S.).

12d- I gave the complaint (App.4b) dated on 5.6.2002. I wrote paragraph 4 on line 1 " I was taking student I.D. card, and I have put all I.D. on the teacher's desk. I wrote on the blackboard, "I.D. requested for attendance" and "I.D. will be returned 1:53 p.m." Teacher Mr. Mark Fertel enters to 6 th period the classroom, 301A, beside other students. He took attendance sheet and he has done it (App.1). He returned Students I.D. from on the teacher's desk to students. I had done same situation before mathematics' class at this H.S. Principal came, I told him what I had done for student's I.D. to attendance sheet, and returned I.D. He had accepted this situation.

12e- I gave the complaint (App.7c) dated on 10.18.2002. I wrote paragraph 4 "I have no privacy in my room, and my room at any time to control my room. I have no privacy in Chicago Public Schools. I have to carry with me all the times at any school. I gave some school my locked handbag, and some papers were taken from my handbag. I will carry all time with me. I have not carry illegal materials in my handbag."

Respectfully Submitted

*A. Sayman*

Dr. Ali Sayman
P.O.Box. 804554
Chicago, IL 60680
1.2.2003

$(App. 1)$

**Refer to File : A75 828 310**

I request to go to Chicago for October 1, 1998, next court, after Immigration Court in St. Louis dated on August 6, 1998.

I called up landlord Mr. Jersey Stypula ( 524 South Knight Ave. Park Ridge IL 60068, Phone : 847 698 3631) to rent a room (6916 W. Grand Ave. Chicago, IL 60707) at 7.40 p.m. dated on August 6,1998. I got agreement to come to see a room at 9 a.m. on August 8, 1988. I could not prepare to come to Chicago. I call him up at 8.40 p.m. on August 7, 1998. " I could not prepare to come to Chicago tomorrow , I will come at 9.00 a.m. Tuesday 11, 1998 " I gave this message to answering machine. Also, I called him up at 7.43 p.m. on August 10, 1998. I gave this message " I will come to Chicago tomorrow, Tuesday, and I will be there at 9.00 a.m.(App.1)." I came to Chicago ( 6916 W. Grand Ave.) at 9.00 a.m. dated on August 11, 1998. I saw that my room was given to a Polish man. I could not find a room; I could not go to a hotel. With permission of landlord, I put my materials in porch and I slept there. I put my dark blue luggage to Mr. Vinenzo Crafici's room  Apt. 2. I had only the key this luggage. Also, I put my black hand luggage to Mr.Vinenzo Crafici's room. I do not have a key for this black hand luggage.

I left St. Louis (West Pine Apt.502, St. Louis MO 63108) at 8.00 p.m. on August 20, 1998. I received  $117.40 (App, 2 a, b, c), but I could not received $50 for front key deposit from Public House yet (App.3 a, b).

I applied Chicago Public House dated on September 9,1998. I opened my luggage, and I could not see some materials. I am giving one example.

I wrote a petition to HUD Department Washington D.C. I received a letter how I can apply to court situation (App.4 a, b). After this petition  Manager of West Pine Apartment Mrs. Delores Quinn  was working at Westview Apartment as a clerk which I wanted to move this apartment.

I am giving examples  Manager of West Pine Apartment unsigned paper (App. 5 a, b, c, d), and two unsigned letter for Mrs. Grace, Darden and  Mr. Ali Sayman (App. 5 e, f), and signed paper (App. 6) in which Reason For Transfer 3. "Tenant's convenience : yes, because he wants to be on top floor, no, one will be over him." I gave many petitions about how I live there. During night noise, water comes etc.

I am giving 13 diskettes, which are destroyed. I do not know in Chicago or in St. Louis. These diskettes were in my black hand luggage. Mr. Vinenzo Crafici does not know anything about computer. Quatro Pro, Quicken, Lotus, dBase, WP diskettes were done at St. Louis Public Library in 1992. Also IBM Sayman and Sayman1 were done in 1992 in which I had written  the letters to Miss Julie Nussbaum. I will give 2 example from this diskette (App. 7 a, b). Basic Visual, Turbo C, Turbo C, Weller (C language), Sayman1 (C language, solution of problems) were done At Chicago Harold Washington College.

- 1 -

I could not get a free an attorney of law (App.8 a, b).

I applied to Chicago Public house on September 9,1998, but I could not been accepted on October 9,1998. When I applied St. Louis Public House the age was 50, but now the age is 62 (App.9).

In USA, I was trying to study in Computer Science for student visa. I could not succeed. I could work part time, but I could not get student visa. In Turkey, there is no part time job for student at any university. If I have a job, I can work full time.

When I was arrested at Immigration Office in St. Louis dated on May 26,1998, responsible person suggested that I had to leave from USA, and I had to return to USA immediately. When I will be enter to USA as a visitor visa, I can fill application form of Political asylum. My documents LIN 97 234 50908, LIN 98 957 51292, LIN 98 134 52389 would send to Immigration Court. I should not take courses during summer session, and also I should not take loan money from Missouri State Bank. I should take Immigration Court in July, 1998 , and I had to leave from USA before in August 1998.

I called up Southwestern Bell, and I talked Miss Sue at 3.00p.m.on August 20,1998. I had to leave today, and you can cancel my telephone late night. She did not accept late today, but she accept for tomorrow. I accept this situation. I had to pay in July an in August bill together. I request her telephone number to reach from Chicago. She give this telephone number 1-800-202-4040, but I could not reach from this telephone number to Southwestern Bell to St. Louis from Chicago. I received two different kind bill, and including all August bill until September 13,1998. But I left St. Louis on August 20,1998, and I was in Chicago on August 21, 1998 (App. 10 a, b).

I am giving an example of solution of Microsoft Visual C++ 4 Language. First to start problem in Visual C++, I have to write an example without anything adding to program (App. 11), and then configuration section should give 0 error(s) , 0 warning (0). If configuration section gives Error executing rc.exe. and 1 error(s), 0 warning (s) (App.12). Some programs were taken from original language program. I cannot solve any program until some taken program putting in original program. This action had happened at Forest Park Community College in Computer Laboratory. I had not a computer in my home in St. Louis. I was trying to buy a computer after student visa , F1.

I wrote the letter, in which described disturbing situation me, to Police in Olivette County dated on January 25, 1993 (App. 13).

I am giving 2 complaints from federal court situation. First complaint was dated on June 11,1997 which was not good and not regular for federal court (App.14). With help of a person who knows federal laws, second complained was dated on June 17,1997 which was good and regular way (App. 15). Law is special subject. I am a scientist, and I do not know federal laws and regulation of USA.

I am giving my grades of St. Louis Community College at Forest Park (App.16).

I request from Honorable Judge "denial of the opportunity to work " for political asylum.

**" Proving a Well Founded Fear or Persecution**

Having a well founded fear of persecution does not necessarily mean that you will be torqued, killed, or even arrested if you return home. Persecution can also mean confiscation of your property, denial of the opportunity to work, and being forced to comply with laws that go against your religious beliefs. You can show a well founded fear of persecution by proving that you have been persecuted in the past and that conditions have not changed." p.178. <u>See</u>: U.S. Immigration & Citizenship, Allan Wernick, Prima Publishing, 1997.

I could not clean from the race discriminator against Jewish people. I lost the case from Supreme Court. I cannot work in Turkey without clean from the race discriminator against Jewish people. I cannot be a retired person from official situation. Turkish people are against race discriminator. They do not like race and religious discrimination. I have been neglected and eliminated from Turkish people. Even my family, except my mother, is against me. I am alone in Turkey. Without earnings money, how can I live in Turkey ?

Respectfully Submitted

Ali Sayman
11. 18. 1998

| Billing For:<br>AT&T | Current Charges | |
|---|---|---|
| | Other Charges (See Item 2) ................... | 1.60c |
| | Itemized Calls (See Items 3 thru 10) ........ | 5.56 |
| | | 3.96 |
| | AT&T Current Charges (before taxes) ......... | |
| | Federal Tax ................................. | .12 |
| | State and Local Taxes ....................... | .00 |

**For Your Information**

AT&T Invoice Charges, Period Ending SEP 06, 1998
ARE YOU MOVING?
Taking your AT&T services along is as easy as 1,2,3.
- Get your new phone number by contacting your new local company.
- Advise them that you want AT&T Long Distance Service in your new home.
- Call 1 800 MOVE ATT, ext. 38278, to enjoy continuous benefits of your AT&T calling plans and services in your new home.

| Monthly Service | Item | Explanation | Amount |
|---|---|---|---|
| | 1 | AT&T One Rate (R) International Plan<br>AUG 21 thru AUG 21.......................... | .00 |
| | | AT&T Total Monthly Service (before taxes).... | .00 |

| Other Charges | Item | Explanation | Amount |
|---|---|---|---|
| | 2 | Credit for service removed<br>AUG 21 thru SEP 05<br>AT&T One Rate (R) International Plan<br>( 3.00/mo)................................. | 1.60c |
| | | AT&T Total Other Charges (before taxes)...... | 1.60c |

| Itemized Calls | No | Date | Time | Place Called | Area | Number | _#_ | Min | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AT&T Calls for 314-535-1546 | | | | | | |
| | 3 | 08/06 | 02:09P | TURKEY | | 902323760768 | N | 6 | 3.72 | = |
| | 4 | 08/06 | 07:40P | PARK RIDGE IL | 847 | 698-3631 | N | 3 | .36 | Z |
| | 5 | 08/07 | 08:40P | PARK RIDGE IL | 847 | 698-3631 | N | 1 | .12 | Z |
| | 6 | 08/10 | 07:43P | PARK RIDGE IL | 847 | 698-3631 | N | 1 | .12 | Z |
| | 7 | 08/20 | 01:52P | TURKEY | | 902324571086 | N | 2 | 1.24 | = |

Included in Subtotal for 314-535-1546...................00
Z AT&T One Rate (R) Plus Plan state-to-state
Call - Charge not Included in Total
= AT&T One Rate (R) International Plan
AT&T One Rate (R) Plus Plan Summary

| | | |
|---|---|---|
| 8 Direct Dialed Calls............................. | | .60 |
| 9 Calling Card Calls............................. | | .00 |

Total AT&T One Rate (R) Plus Plan....................60
AT&T One Rate (R) International Plan Summary
10 International Discounted Calls 8 Mins.                          4.96
Calls Eligible for Discount 0.00 Disc @ 0%

*(App. 2)*

99 OCT -8 AM 11: 15
CHICAGO, IL. COURT

**Refer to File: A 75 828 310**

I do not know Immigration laws. If I do any mistake, I apologize from Honorable Judge.
I have no conviction in all my life. Honorable Judge can get information from anywhere
and any time. I am a scientist, geophysicist. I am not a terrorist. I am not a thief. I can get
help or beg money from Turkish people. I do not have money and materials in my home.
But, I have books, and they do not need foods.

When I came from St. Louis to Chicago in August 1998, I had a little money at State
Missouri State Bank. I had not gotten any help from Turkish people in St. Louis. I was
trying to get a student visa, F1, for part time work permission. I put this money at Hoyne
Saving Bank. Account Number is 05 03 019055, and telephone number is (773) 889 7575
(7015 W. Grand Ave., Chicago IL, 60707). When I wanted to move from Chicago to
Florida. I withdrew all money from this Bank (App. 1). I have used this money for travel
expenses. I survived in Fort Lauderdale with help of Turkish people.

I do not have any bank account in the USA after Hoyne Saving Bank. I could not open a
bank account in Fort Lauderdale; because I do not have original passport. I have been
given a photocopy from Immigration Office in Chicago dated on March 10, 1999. When I
had returned in Chicago in April 1999, I wanted to open a bank account in Chicago (City
Bank, LaSalle Bank); but I could not open it. Because, I do not have an original passport.
Also, I do not need to open any kind bank account in Chicago. I have enough money for
help from Turkish people for survive now. Because, I do not have work permission yet.

Wire cut middle finger of my left hand. I could not get fingerprint dated on January 20,
1999. I was not sure when I could get fingerprint. Because, I do not have health insurance
yet. I could not have money for a medical doctor. Also, I could not work at least until in
June 1999. Therefore, I went to survive in Florida. I came to Chicago on March 3, 1999,
and I gave my fingerprint.

I could and can get help from Turkish people in Chicago. But, it is not easy to get help
during wintertime in Chicago. I could not get help for to survive from Turkish people last
winter in Chicago. I do not know what will I do this winter?

My birthday is on February 15, 1938. I will start 63rd years old person on February 15,
2000. It will not be easy, after this age, to find a job in the USA. Without clean from the
race discriminator against Jewish people, I cannot work in Turkey.

I could not get a Turkish interpreter Master hearing dated on September 21, 1999. I could
not understand this situation. I requested to change from Honorable Judge Robert D. Vini
Koor, who does not have a courtroom, to Honorable Judge Craig M. Zerbe. I could get
political asylum situation in June 1999. There was a representative of Immigration Office
dated on December 1, 1998. Also, everyone knew that I could get a political asylum
situation from Chicago Immigration Court n June 1999.

I request from Honorable Judge about decision of my political asylum situation at Master individual hearing on November 2, 1999. I went Immigration Office to change my visitor visa to student visa in St. Louis dated on May 26, 1998. I missed the motion time. I requested to stay legally in the USA. I request from Honorable Judge that I need to live as a normal human being with work permission in USA. Thank you.

Respectfully Submitted

Ali Sayman
4700 N. Racine Ave. Apt.316
Chicago, IL 60640
10.8.1999

*(App. 1)*

```
SISTATEN      PAGE 01           SAVINGS ACCOUNT              BR# 05    21SEP99
                            INSTANT NOW STATEMENT          TERM# 25   12:13 PM
ACCOUNT ID: 05-03-0000019055                    ,          ,        ,
                                                NONRETAINED HISTORY DATE
SAVER'S NAME: 101 1 ALI=SAYMAN                     *** 26AUG98 ***
                                                            RUNNING
T/C PROC DT   EFF DT CK NBR DESCRIPT WITHDRAWALS EARNINGS DEPOSITS  BALANCE

301 27AUG98                                                350.00     350.00
305 03SEP98                                                500.00     850.00
401 24SEP98                            200.00                         650.00
401 19OCT98                            200.00                         450.00
303 19OCT98                                                117.40     567.40
349 28OCT98 31OCT98                             3.33                  570.73
301 29OCT98                                                200.00     770.73
305 29OCT98                                                 36.72     807.45
401 21JAN99                            500.00                         307.45
401 26JAN99                            170.00                         137.45
349 27JAN99 31JAN99                             5.18                  142.63
349 05MAR99                                     0.34                  142.97
403 05MAR99                            142.97                           0.00


END OF INQUIRY
NCR CRT Emulator   Format                    Page    Ses=0  12:17:37    g    P
```



(App. 9)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

DARLINGTON HOTEL, by
Sue F. Gibbons

            Plaintiff

      v.

ALI SAYMAN

          Defendant

Irwin S. Marks.
Attorney for Plaintiff
2050 N. Western Ave.
Chicago, IL 60647
773/394-3651
Atty. No. 26486

No  00M1710590

Rent Amount Claimed $310.00

Trial Date: May 5, 2000    Time: 9:30 a.m.

Court Location :   Daley Center



3100
3004

### Answer

1- I have no permission to work. I applied work permission January 25, 2000, and Application for Employment Authorization sent the document dated on February 2, 2000. I can work after May 2, 2000 (App. 1). With help of Turkish people, I can survive.

2- When I rented the room 316, I paid $30 key deposit. Before January 20, 2000, I put these materials into black handbag that I looked with the padlock. I could not find $30 deposit receipt dated on January 25, 2000. For a long time later, I found it between calling cards from in upper drawer chest of drawers.

3- I am trying to pay rent as soon as possible for every month before the end of the month. When I rented this room 316, it was dirty. I requested to change to the room or clean to the room, I could not succeed it. When I was preparing complaint of Immigration Court, some Federal Court papers were taken from my locked black handbag. The document was given dated on July 20, 1997. I called 311 for record this situation and I received the letter dated on December 13, 1999 (App. 2). I requested from Manager Mrs. Sue F. Gibbons the taken document to put in the place that took the same place and I got the document in the place. I am giving three necessary pages for my immigration case situation that my Federal Court case is the criminal case  (App. 3).

4- In February 2000, when I was taking bath, padlock was taken from inside the blue handbag. I requested from Manager to put chain for close the door when I would be in my room. She wanted $10 for it. I did not want to pay money, and she did not do it. After this time, I asked the Manager, If I paid all rent beginning of the month, when I would leave from this Hotel, could I get my money back that I would not live in this



place. She said that she would not return any money back. I have no secret my looked luggages's open at any time and my room opens at any time. When it is necessary, my room can be open, but anyone should not touch my materials.

5- I bought the chain. There is the metal pipe near to the door. I close the door between metal pipe and door handle.

6- I do not sign any paper when I have to pay the rent. But I was trying to pay the rent as soon as possible in the month before the end of the month. This month, I had very difficult situation; I could not pay money in five days. When I can get a job, I will pay immediately money.

Yours Sincerely

Ali Sayman
Darlington Hotel
4700 N. Racine Ave. Room 316
Chicago, IL 60640
5. 3. 2000

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

Page 1 of 2

-11.380, Part 3-English-(Rev. 2/98)

RD Number: **D768500**          Occurrence Date: **11-DEC-1999 22:00**          Beat of Assign: **9184**

Primary Class.: **LOST PROPERTY**          Secondary Class.: **LOST PROPERTY**

Occurrence Address: **4700 N RACINE AV 306**          Occ. Beat: **2311**

Type of Location of premise where offense occurred (give name of location if applicable)

**260          HOTEL/MOTEL**

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs._____
If an arrest has taken place, the following is your court information:
Date:_____Time:_____Court branch:_____Court Loc.:_____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773)869 - 7200

### VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The ... follow-up investigation would likely result in the

City of Chicago



| Department of Police
Alternate Response Section
1121 South State Street
Chicago, Illinois 60605



DEC 13'99

:.PAYNE 11587

ALI SAYMAN

4700 N. RACINE

CHGO. IL. 60640

D769 500-V

hldahahdhdahdhlhahdahlhahhhhdahhhhh

### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:
### CAPS HOTLINE          744-CAPS(744-2277)
More information about CAPS is availble on the World Wide Web at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)
_____at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may contact their local police district or the Preventive Programs and Neighborhood Relations Division at 746-8006.

RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS          Requested by: PC01567

 

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Jim Ryan**
ATTORNEY GENERAL

May 23, 2001

Ali Sayman
1409 West Diversey
Room 324
Chicago, IL 60614

        Re: Bellwood Hotel
        File No: 2001-CONSC-00031530

Dear Mr. Sayman:

    Thank you for your recent letter regarding the above-named business. We have recorded this information in our complaint files for future reference.

    Should an inquiry into this matter or subsequent complaints indicate actionable violations of Illinois law, your file will be reviewed again for appropriate action. Thank you for your cooperation in bringing this information to our attention.

        Sincerely,

        JIM RYAN
        Illinois Attorney General

        *Carol Brooks*

        Carol Brooks
        Consumer Protection Division
        (312) 814-5699

/ss

 

(App.4b)

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Jim Ryan**
ATTORNEY GENERAL

October 17, 2001

Mr. Ali Sayman
19 E Ohio Street
Room 1406
Chicago, IL 60611

              **RE:   BEST PRACTICES HS**
              **FILE NO:  2001-CONSC-00040694**

Dear Mr. Sayman:

     We have reviewed your recent complaint regarding the above matter.

     Although we understand the concerns expressed in your complaint, the facts do not presently warrant further action within the authority of the Attorney General.

     Under Illinois law, we cannot provide legal advice or represent you as your personal lawyer. Consequently, if you wish to pursue this matter, we suggest that you consider the following alternatives:

    1.     Personally negotiating your complaint or dispute;

    2.     Discussing this matter with a lawyer in private practice;

    3.     Taking action in Small Claims court.

     We wish to express our appreciation for your cooperation in bringing this matter to our attention. It is only through the assistance of concerned citizens that we can effectively do our job of enforcing Illinois' consumer protection laws.

              Sincerely,

              *Patrick Hurley*

              Patrick Hurley
              **Consumer Protection Division**
              (312) 814-3834

/cr



(App.4c)

# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Jim Ryan**
ATTORNEY GENERAL

October 18, 2001

Mr. Ali Sayman
19 E Ohio Street
Room 1406
Chicago, IL 60611

RE: **TOKYO HOTEL**
FILE NO: **2001-CONSC-00040732**

Dear Mr. Sayman:

We have reviewed your recent complaint regarding the above matter.

Although we understand the concerns expressed in your complaint, the facts do not presently warrant further action within the authority of the Attorney General.

Under Illinois law, we cannot provide legal advice or represent you as your personal lawyer. Consequently, if you wish to pursue this matter, we suggest that you consider the following alternatives:

1.  Personally negotiating your complaint or dispute;

2.  Discussing this matter with a lawyer in private practice;

3.  Taking action in Small Claims court.

We wish to express our appreciation for your cooperation in bringing this matter to our attention. It is only through the assistance of concerned citizens that we can effectively do our job of enforcing Illinois' consumer protection laws.

Sincerely,

*Patrick Hurley*

Patrick Hurley
Consumer Protection Division
(312) 814-3834

/cr



(App. 4d)

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Jim Ryan**
ATTORNEY GENERAL

August 5, 2002

Mr. Ali Sayman
2653 North Clark Street
Room 30
Chicago, IL 60614

        **RE:   COVENT HOTEL**
        **FILE NO: 2002-CONSC-00060458**

Dear Mr. Sayman:

    We have reviewed your recent complaint regarding the above matter.

    Although we understand the concerns expressed in your complaint, the facts do not presently warrant further action within the authority of the Attorney General.

    Under Illinois law, we cannot provide legal advice or represent you as your personal lawyer. Consequently, if you wish to pursue this matter, we suggest that you consider the following alternatives:

    1.    Personally negotiating your complaint or dispute;

    2.    Discussing this matter with a lawyer in private practice;

    3.    Taking action in Small Claims court.

    We wish to express our appreciation for your cooperation in bringing this matter to our attention. It is only through the assistance of concerned citizens that we can effectively do our job of enforcing Illinois' consumer protection laws.

        Sincerely,

        *Patrick Hurley*

        **Patrick Hurley**
        **Consumer Protection Division**
        **(312) 814-3834**

/cr

Case: 1:08-cv-00027 Document #: 21 Filed: 01/22/08 Page 20 of 65 PageID #:20

**GENERAL OFFENSE CASE REPORT**
**CHICAGO POLICE**

(App. 504)

| 1 OFFENSE/INCIDENT - PRIMARY CLASSIFICATION | 2. SECONDARY CLASSIFICATION |
|---|---|
| Burglary | Entry - No Force |

UCR OFF. CODE: 0620 Un Lawful Entry

21 NAME (LAST-FIRST-M.I.): Saymen, Ali.

22 HOME ADDRESS: 2498 S. Blue Island H.

RM 19

162 None Any Instructor X 024

**EVENT #03820**

**PROPERTY TAKEN:** 8th Circuit Ct. US Court of Appeals Papers.

VICTIM HAS A ROOM AT THE ABOVE ADDRESS. BETWEEN THE ABOVE DATES & TIMES VICTIM'S COURT PAPERS TO TRANSFER HIS EQUIPMENT & TRAINING FROM TURKEY TO THE UNITED STATES MISSING. VICTIM STATES HIS ROOM WAS LOCKED BUT EASILY OPENED WITH A KNIFE. THE BLDG. HOUSES MANY ROOMS.

DD AREA 4

| REPORTING OFFICER'S NAME (PRINT) | STAR NO | OFFICER'S SIGNATURE | DATE (DAY/MO/YR) |
|---|---|---|---|
| | 2709 | | 28 Dec DD |
| | 2272 | | 28 Dec DD |
| SUPERVISOR APPROVING | STAR NO | | |
| | 1695 | | 28 Dec DD |

PD 11.380 (Rev. 8/94)

CONTINUATION OF NARRATIVE

R.D. NO

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR.)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UCR OFFENSE CODE – ☑ 1 CORRECT ☐ 2 REVISED | REV. CODE | UCR METHOD CODE | METHOD ASSIGNED ☑ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | UNIT NO. 640 | OFFICER ASSIGNED STAR NO. 20518 | DATE ASSIGNED DEC 3 0 2000 | SUPV. STAR NO. 1340 | INVESTIGATIVE FILE ☐ 1 YES ☑ 2 NO | REASSIGNED ☐ 1 YES ☐ 2 NO |

OFFICER REASSIGNED – STAR NO. | DATE

STATUS ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC CLEARED OPEN ☐ 7 CLOSED–NON CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL ☐ ADULT ☐ JUV.

VICTIM IDENTIFIERS 1 CORRECT ☐ 2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐ HOME ☐ BUSINESS

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | (-) FIREARMS | 6 NARC/DANG. DRUGS | 5 OTHER | 8 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

(17)

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

(App. Sb.1)

**RECEIVED**

MAY 1 5 2001

OFFICE OF THE
ATTORNEY GENERAL



**JIM RYAN**

ILLINOIS ATTORNEY GENERAL

| CIS NO |
|---|
| REGIONAL NO |
| CATEG CODE |

Revised January 1994

# CONSUMER COMPLAINT FORM

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

## CONSUMER:

| Your Name | Senior Citizen? | Day Tel. |
|---|---|---|
| Ali Saynan | ☐ Yes  ☐ No | |
| Street Address | | Night Tel. |
| 1409 W. Diversey Rm. 324 | | |
| City/Town | State | Zip |
| Chicago | IL | 60614 |

## COMPLAINT:

| Name of Seller or Provider of Services | Name of Other Seller or Provider of Services |
|---|---|
| Bart Smolensky, Manager | |
| Street Address | Street Address |
| 1409 W. Diversey, Bellwood Hotel | |
| City/Town | City/Town |
| Chicago | |

| State | Zip | Telephone | State | Zip | Telephone |
|---|---|---|---|---|---|
| IL | 60614 | (773) 404-6000 | | | |

| Date of Transaction | Cost of Product | How Paid |
|---|---|---|
| | | |

**Did you sign a contract?**  ☐ Yes  ☐ No   Where?                                           Date

**Was product or service advertised?**  ☐ Yes  ☐ No   Where?                                  Date

**Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):**

**Have you complained to the company or the individual?**  ☐ Yes  ☐ No   How?  ☐ By Mail  ☐ By Telephone  ☐ In person   Date

| Person Contacted | Job Title |
|---|---|

| Nature of Response | Date of Response |
|---|---|

**Has matter been submitted to another agency or attorney?**  ☐ Yes  ☐ No   If yes, give name and address:

**Is court action pending?**  ☐ Yes  ☐ No

( App-5b1 )

**FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE:**

| Make | Model | Year | VIN or Serial Number |
|------|-------|------|----------------------|

| Purchased ☐ New ☐ Used | Sold ☐ With Warranty ☐ As Is | Warranty Expiration Date | Purchase Date | Mileage |
|---|---|---|---|---|

**MISCELLANEOUS:**

Briefly describe your complaint: From my locked blue luggage were taken from these
materials - District Court & Circuit 4-01 CV 593 ERW all original (4-20-2001)
4-00 CV 862 TCH, These paper 5-27-2000, 6-8-2000, 7-17-2000, 9-14-2000
District Court Docket Sheet (314) - 539-3272

Appeals Court & Circuit - Dec 15, 2000 after this late all court paper
Dec. 29 2000 stamp 1st page oct 24.2000 stamp true document Docket
true document
Sheet, Jan 2, 2001, Jan 9, 2001, April 20, 2001 (314) - 244-2400
From blue dark handbag There were taken some addresses for Muslim

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.)

religion
Passage and first days, some addresses a four pages
As a receptionist at Bellwood Hotel works Manager's wife, son,
2 daughters. They control all the Hotel. Manager is responsible from
stolen Court papers and my private papers

Who referred you to this office?

**READ THE FOLLOWING BEFORE SIGNING BELOW:**

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) DO NOT SEND ORIGINALS.

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: _A. Shyman_                              Date: 5-14-2001

**HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?**

RETURN TO: Jim Ryan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

Printed on Recycled Paper

# LOST & FOUND CASE REPORT — CHICAGO POLICE

(App 5/2)

| 1. INCIDENT CLASSIFICATION | | 2. DATE OF OCCURRENCE — | TIME | 3. DATE ARRIVED — | TIME | 4. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|---|---|
| ☒ LOST  5070 | ☐ FOUND  5071 | ☐ UPON TURN IN  MAY 01 | 2200 | MAY 01 1955 | | 1902 |

| 5. ADDRESS OF OCCURRENCE | APT. NO. | 6. TYPE OR LOCATION PREMISES WHERE OCCURRED | LOCATION CODE | 7. BEAT OF OCCURRENCE |
|---|---|---|---|---|
| 1409 W. DIVERSEY | #324 | BELLWOOD HOTEL | 260 | 1931 |

| 8. KIND OF PROPERTY | 9. PROPERTY INVENTORY NO. | 10. MANUFACTURER & SERIAL NO. | 11. VALUE |
|---|---|---|---|
| PERSONAL PAPER WORK | D | N — | $ A |

| 12. NAME | SEX-RACE-AGE CODE | 13. HOME ADDRESS | APT. NO. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| ☒1 CDER ☐2 FINDER ☐3 REPORTED INCIDENT  SAYMAN, ALI | M 2 63 | 1409 W. DIVERSEY 324 | | NONE | 404-600 |

| 14. OWNER NOTIFIED | HOW NOTIFIED | NOTIFIED BY WHOM |
|---|---|---|
| ☒ YES   ☐ NO | SELF | |

## FOR USE BY BUREAU OF INVESTIGATIVE SERVICES (BOXES 50 THROUGH 57)

| 50. I. UCR OFFENSE CODE - REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED   UNIT NO. | 53. OFFICER ASSIGNED   DATE ASSIGNED | 54. SUPV. STAR NO. | 55. INVESTIGATIVE FILE |
|---|---|---|---|---|---|
| ☐ 1 CORRECT  ☐ 2 REVISED | | ☐ 1 FIELD  ☐ 2 ADMIN.  ☐ 3 SUMMARY | STAR NO. | | ☐ 1 YES   ☐ 2 NO |

| 56. STATUS | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | ☐ 3 CLEARED CLOSED | ☐ 4 CLEARED OPEN | ☐ 5 EXCEPT. CLEARED CLOSED | ☐ 6 EXCEPT. CLEARED OPEN | ☐ 7 CLOSED NON-CRIMINAL |

| 57. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|
| ☐ 1 ARREST & PROSECUTION | ☐ 2 DIRECTED TO JUVENILE COURT | ☐ 3 COMPLAINANT REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT   ☐ JUV. |

## 80. NARRATIVE (OUTLINE CIRCUMSTANCES, DESCRIBE PROPERTY AND INDICATE TYPE OF OFFENSE POSSIBLY INVOLVED. ALSO GIVE DISPOSITION OF FOUND PROPERTY.)

EVENT # 16305

COMPLAINANT RELATED THAT HE LOST HIS COURT PAPER WORK THAT WAS IN HIS ROOM #324 AT ABOVE ADDRESS.

☐ CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE INVESTIGATION COMPLETED — | TIME | 94. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| ☐ NORMAL | DAY  MO.  YR.  14 MAY 01 | 2000 | SGT. PETER ARTAIA | 1510 |

| | SIGNATURE |
|---|---|
| | T. Artaia |

| 92. REPORTING OFFICER (PRINT NAME) | STAR NO. | 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | | |
|---|---|---|---|---|---|
| B. MOYER | 1727 | | | | |

| SIGNATURE | | SIGNATURE | 95. DATE APPROVED | TIME |
|---|---|---|---|---|
| B. Moyer | | | 14 MAY 01 | 2000 |

CPD-11.408 (REV 4/94)   RACE CODES: 1–BLACK, 2–WHITE, 3–BLACK-HISPANIC, 4–WHITE-HISPANIC, 5–AMERICAN INDIAN/ALASKAN NATIONAL, 6–ASIAN PACIFIC ISLANDER.



*(App. 5d)*

**RECEIVED**

OCT 1 0 2001

OFFICE OF THE
ATTORNEY GENERAL



**JIM RYAN**

ILLINOIS ATTORNEY GENERAL

## CONSUMER COMPLAINT FORM

| CTS NO. |
| REGIONAL NO |
| CATEG. CODE |

Revised January 199

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

**CONSUMER:**

| Your Name  Ali Sayman | Senior Citizen?  ☐ Yes  ☐ No | Day Tel. |
| Street Address  19 E. Ohio St. Rm-1406 | | Night Tel. |
| City/Town  Chicago | State  IL | Zip  60611 |

**COMPLAINT:**

| Name of Seller or Provider of Services  Best Practice H.S. | Name of Other Seller or Provider of Services |
| Street Address  2040 W. Adam St. Teacher's Lunchroom | Street Address |
| City/Town  Chicago | City/Town |

| State  IL | Zip  60612 | Telephone  537-7499 | State | Zip | Telephone |

| Date of Transaction | Cost of Product | How Paid |

**Did you sign a contract?**
☐ Yes  ☐ No   Where? ____ Date ____

**Was product or service advertised?**
☐ Yes  ☐ No   Where? ____ Date ____

**Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):**

**Have you complained to the company or the individual?**
☐ Yes  ☐ No   How?  ☐ By Mail  ☐ By Telephone  ☐ In person   Date

| Person Contacted | Job Title |

| Nature of Response | Date of Response |

**Has matter been submitted to another agency or attorney?** ☐ Yes  ☐ No   If yes, give name and address

**Is court action pending?**
☐ Yes  ☐ No

(App-5c1)

| FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE: | | | | |
|---|---|---|---|---|
| **Make** | **Model** | **Year** | **VIN or Serial Number** | |
| **Purchased** ☐ New ☐ Used | **Sold** ☐ With Warranty ☐ As Is | **Warranty Expiration Date** | **Purchase Date** | **Mileage** |

**MISCELLANEOUS:**

Briefly describe your complaint: Substitute Center, Chicago Public Schools, sent me as a substitute teacher to Best Practice H.S. dated on 10.5.2001. I have locked handbag with me. I had the key. I was at the Lunchroom of Teacher at room 6th period, for lunch. I did not take my locked handbag in washroom. These materials were taken from handbag when I was in washroom. This key had only Bellwood Hotel, How does it come to Best Practice H.S.

1) I sent 3 letters to 3 different address for application form of evaluation for foreign high school teacher.

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.)

2) Illinois Board of Education from Springfield sent me list of Regional Superintendent addresses, and the letter about teaching certificate.

3) I send the fax to Illinois Board of Education, Evaluation Service, Springfield for the result of teaching mathematics certificate dated on 9.21.2001

Who referred you to this office?

## READ THE FOLLOWING BEFORE SIGNING BELOW:

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) DO NOT SEND ORIGINALS.

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: _A. Loymen_       Date: 10.10.2001

## HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?

RETURN TO:  Jim Ryan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

( Approved )

## RECEIVED

OCT 1 1 2001

OFFICE OF THE
ATTORNEY GENERAL



**JIM RYAN**

ILLINOIS ATTORNEY GENERAL

| CTS NO. |
|---|
| REGIONAL NO |
| CATEG. CODE |

Revised. January 1994

# CONSUMER COMPLAINT FORM

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

**CONSUMER:**

| Your Name | Senior Citizen? | Day Tel. |
|---|---|---|
| Ali Sayman | ☐ Yes ☐ No | |

| Street Address | Night Tel. |
|---|---|
| 19 E. Ohio St. Rm. 1406, Tokyo Hotel | |

| City/Town | State | Zip |
|---|---|---|
| Chicago | IL | 60611 |

**COMPLAINT:**

| Name of Seller or Provider of Services | Name of Other Seller or Provider of Services |
|---|---|
| Manager or Owner of Tokyo Hotel | |
| **Street Address** | **Street Address** |
| 19 E. Ohio St. | |
| **City/Town** | **City/Town** |
| Chicago | |

| State | Zip | Telephone | State | Zip | Telephone |
|---|---|---|---|---|---|
| IL | 60611 | | | | |

| Date of Transaction | Cost of Product | How Paid |
|---|---|---|
| | | |

Did you sign a contract?
☐ Yes ☐ No    Where?    Date

Was product or service advertised?
☐ Yes ☐ No    Where?    Date

Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):

Have you complained to the company or the individual?
☐ Yes ☐ No    How?    ☐ By Mail    ☐ By Telephone    ☐ In person    Date

| Person Contacted | Job Title |
|---|---|
| | |

| Nature of Response | Date of Response |
|---|---|
| | |

Has matter been submitted to another agency or attorney?  ☐ Yes  ☐ No    If yes, give name and address.

Is court action pending?
☐ Yes ☐ No

*(App. Bal)*

| **FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE:** | | | | |
|---|---|---|---|---|
| **Make** | **Model** | **Year** | **VIN or Serial Number** | |
| **Purchased** ☐ New ☐ Used | **Sold** ☐ With Warranty ☐ As Is | **Warranty Expiration Date** | **Purchase Date** | **Mileage** |

**MISCELLANEOUS:**

Briefly describe your complaint: I am a tenant at Tokyo Hotel.
Some documents have been taken from my Room 1105, Report No: G-54 1488
dated on 9.3.2001. I talked to owner, Mr. Jim Yamamoto, about stolen
papers. He said that owner can have all room keys. I did not want clean my room.
I took towels and sheets from 1st floor receptionist.
I had all documents from Illinois Department of Human Rights, Charge
Number 2001 CF 1615 dated on 9.28.2001 in my Room 1406. I could not see
some documents; such as; Harold Washington College and Chicago City College.

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.) would not give
any kind a job, mathematics courser and tutoring, dated on 10.10.2001 at
8:00 p.m.

Who referred you to this office?

**READ THE FOLLOWING BEFORE SIGNING BELOW:**

PLEASE ATTACH TO THIS FORM **PHOTOCOPIES** of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) **DO NOT SEND ORIGINALS.**

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: _____     Date: 10.10.2001

**HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?**

RETURN TO: **Jim Ryan, Attorney General**
**Consumer Protection Division**
**100 West Randolph Street**
**Chicago, Illinois 60601**
**(312) 814-3000**



**LOST & FOUND CASE REPORT / CHICAGO POLICE**

| 1. INCIDENT CLASSIFICATION | 2. DATE OF OCCURRENCE | TIME | 2a. DATE/TIME ARRIVED | 3. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|
| ☐ LOST ☐ FOUND | 09 SEP 01 | 1130 | 09 SEP 01 1730 | 1802 |

| 4. ADDRESS OF OCCURRENCE | APT. NO. | 5. TYPE OF LOCATION/PREMISES WHERE OCCURRED | LOCATION CODE | 7. BEAT OF OCCURRENCE |
|---|---|---|---|---|
| 19 E Ohio | #1105 | Hotel | 260 | 1734 |

| 8. KIND OF PROPERTY | 9. PROPERTY INVENTORY NO. | 10. MANUFACTURER'S SERIAL NO. | 11. VALUE |
|---|---|---|---|
| Documents | | | N/V |

| 12. NAME | SEX-RACE-AGE | 13. HOME ADDRESS | APT. NO. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| SAYMAN, ALI | M 6.63 | 2956 N Clark | — | — | |

98. NARRATIVE (OUTLINE CIRCUMSTANCE, DESCRIBE PROPERTY AND INDICATE TYPE OF OFFENSE POSSIBLY INVOLVED, ALSO GIVE DISPOSITION OF FOUND PROPERTY)

Event# 16336   In summary, victim related to
R/o that he had documents (3 graded exam papers
from last semester and 1 complaint paper) with
him on 08 SEP 01. Victim discovered on 09 SEP 01,
1130 hrs that he could not locate documents
at above location; V.I.N. given.

G-541482

| 80. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 81. DATE INVESTIGATION COMPLETED | TIME | 84. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 09 SEP 01 | 1845 | S. Joyce | 1893 |

| 82. REPORTING OFFICER (PRINT NAME) | STAR NO. | 83. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| S. CHAN 6529 | | | | S. Joyce |

| SIGNATURE | | SIGNATURE | 85. DATE APPROVED | TIME |
|---|---|---|---|---|
| | | | 09 Sep 01 | 12/15 |

CPD-11.408 (REV. 8/94)   RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMERICAN INDIAN/ALASKAN NATIONAL, 6-ASIAN/PACIFIC ISLANDER.

(App. 5eL)

**RECEIVED**

AUG 0 1 2002

OFFICE OF THE
ATTORNEY GENERAL



**JIM RYAN**

ILLINOIS ATTORNEY GENERAL

# CONSUMER COMPLAINT FORM

| CTS NO. |
|---|
| REGIONAL NO. |
| CATEG. CODE. |

Revised January 1994

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

**CONSUMER:**

| Your Name | Senior Citizen? | Day Tel. |
|---|---|---|
| Ali Sayman | ☐ Yes ☐ No | |

| Street Address | Night Tel. |
|---|---|
| 2653 N. Clark St. Rm.30 | |

| City/Town | State | Zip |
|---|---|---|
| Chicago | IL | 60614 |

**COMPLAINT:**

| Name of Seller or Provider of Services | Name of Other Seller or Provider of Services |
|---|---|
| of Covent Hotel | |

| Street Address | Street Address |
|---|---|
| 2653 N. Clark St. | |

| City/Town | City/Town |
|---|---|
| Chicago | |

| State | Zip | Telephone | State | Zip | Telephone |
|---|---|---|---|---|---|
| IL | 60614 | (773) 549-3399 | | | |

| Date of Transaction | Cost of Product | How Paid |
|---|---|---|
| | | |

Did you sign a contract?
☐ Yes ☐ No  Where?     Date

Was product or service advertised?
☐ Yes ☐ No  Where?     Date

Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):

Have you complained to the company or the individual?
☐ Yes ☐ No  How? ☐ By Mail ☐ By Telephone ☐ In person  Date

| Person Contacted | Job Title |
|---|---|
| | |

| Nature of Response | Date of Response |
|---|---|
| | |

Has matter been submitted to another agency or attorney? ☐ Yes ☐ No  If yes, give name and address.

Is court action pending?
☐ Yes ☐ No

(App-5e1)

**FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE:**

| Make | Model | | Year | VIN or Serial Number |
|---|---|---|---|---|
| Purchased ☐ New ☐ Used | Sold ☐ With Warranty ☐ As Is | Warranty Expiration Date | Purchase Date | Mileage |

**MISCELLANEOUS:**

Briefly describe your complaint: Order of Management is to change sheets and towels every Monday. Last Monday was 7.28.2002.

1 – My rubber white shoe one section of the pair has been cut ankle of heel section by knife on Monday 7.28.2002.

2 – I put my monthly CTA ticket ($75) in pocket of my shirt 7.28.2002. No washroom in my room. I was washroom 7-28-200. at night before 11 p.m., and I took shower in the morning around 7:00 a.m. 7.29.2002. When I wanted to leave from my room 8:45 a.m. I could not see CTA

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.) ticket in my pocket of shirt

3 – I told receptionist desk 7.30.2002 at 8:47 a.m.

4 – I wanted to see Owner 7.30.2002 at 5:35 p.m. I could not see Owner. I wanted to tell my CTA ticket that I bought 7-12.2002, and it was taken 7.28. or 29.2002. Also, I wanted to show my rubber-shoe

Who referred you to this office?

READ THE FOLLOWING BEFORE SIGNING BELOW:

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) DO NOT SEND ORIGINALS.

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: _D. Clayman_  Date: 7.31.2002

**HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?**

RETURN TO:  Jim Ryan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

**LOST & FOUND CASE REPORT/** CHICAGO POLICE  (App 5f1)  CNC

| 1. INCIDENT CLASSIFICATION | | 2. DATE OF OCCURRENCE | TIME | 3. DATE RECEIVED | TIME | 4. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|---|---|
| ☐ LOST 5070 | ☐ FOUND 5071 | ☐ WEAPON TURN IN 5072 | 9 JUL 02 2710 | 08 JUL 02 1035 | 102 |

| 5. ADDRESS OF OCCURRENCE | APT. NO. | 6. TYPE OF LOCATION/PREMISES WHERE OCCURRED | LOCATION CODE | 7. BEAT OF OCCURRENCE |
|---|---|---|---|---|
| UN.J. AT INT. 11NW BRYN MAWR | CTA - TRAIN 321 | 2023 |

| 8. KIND OF PROPERTY | 9. PROPERTY INVENTORY NO. | 10. MANUFACTURER'S SERIAL NO. | 11. VALUE |
|---|---|---|---|
| DUFFLE BAG | DNA | DNA | N/V |

| 12. NAME — ☐1 LOSER ☐2 FINDER ☐3 REPORTED INCIDENT | SEX–RACE–AGE | 13. HOME ADDRESS | APT. NO. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| HYMAN , ALI | M | 5152 N CLARK CHI IL 60640 | NONE | — |
| | | | | |
| | | | | |

| 14. OWNER NOTIFIED | | HOW NOTIFIED | NOTIFIED BY WHOM |
|---|---|---|---|
| ☐ YES | ☐ NO | | |

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES (BOXES 50 THROUGH 57)

| 50. I-UCR OFFENSE CODE  -I REV  CODE | 51. METHOD CODE | 52. METHOD ASSIGNED  UNIT NO. | 53. OFFICER ASSIGNED  STAR NO. | DATE ASSIGNED | 54. SUPV. STAR NO. | 55. INVESTIGATIVE FILE |
|---|---|---|---|---|---|---|
| ☐1 CORRECT ☐3 REVISED | | ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | | | | ☐1 YES ☐2 NO |

| 56 STATUS | | | | | | |
|---|---|---|---|---|---|---|
| ☐0 PROGRESS | ☐1 SUSPENDED | ☐2 UNFOUNDED | ☐3 CLEARED CLOSED | ☐4 CLEARED OPEN | ☐5 EXCEPT. CLEARED CLOSED | ☐6 EXCEPT. CLEARED OPEN | ☐7 CLOSED NON-CRIMINAL |

| 57. IF CASE CLEARED, HOW CLEARED | | | | | | |
|---|---|---|---|---|---|---|
| ☐1 ARREST & PROSECUTION | ☐2 DIRECTED TO JUVENILE COURT | ☐3 COMPLAINANT REFUSED TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPTIONAL | ☐ADULT | ☐JUV. |

58. NARRATIVE (IGHT-LINE CIRCUMSTANCES, DESCRIBE PROPERTY AND INDICATE TYPE OF OFFENSE POSSIBLY INVOLVED. ALSO GIVE DISPOSITION OF FOUND PROPERTY)

ABOVE STATES HE MISPLACED HIS DUFFLE BAG
ON CTA TRAIN.

ITEMS MISSING: DUFFLE BAG, GRN.,
CONTAINING IL. STATE ID, C.P.S. I.D., LIBRARY CARD,
S.S. CARD, MISC. PERSONAL PAPERS, $$325⁰⁰ U.S.C.

| 80. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 81. DATE INVESTIGATION COMPLETED | TIME | 84. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| ☐ NORMAL | 10 JUL 02 1/10 | OGAREK 1770 |
| 92. REPORTING OFFICER (PRINT NAME) | STAR NO. | 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| W DORITY | 1552 | W Burn | 1354 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED | TIME |
| | | | | 9/10 8 July 07 1/30 |

CPD-11.408 (REV. 4/84)    RACE CODES: 1–BLACK, 2–WHITE, 3–BLACK-HISPANIC, 4–WHITE-HISPANIC, 5–AMERICAN INDIAN/ALASKAN NATIONAL, 6–ASIAN/PACIFIC ISLANDER.

2807007

(App·6)

# UNITED STATES DISTRICT COURT
## DISTRICT OF SAINT LOUIS

**Plaintiff:**
  Ali Sayman
  1409 W. Diversey Rm. 324
  Chicago, IL 60614

**Defendants :**

  Prof. Dr. William Stauder
  Saint Louis University
  3707 Laclede Ave.
  St. Louis MO, 63103                    **Case No : 4 : 01CV593ERW**

  Mrs. R. Nussbaum
  1 McNight Pl.                          **Jury Trial Demanded**
  St. Louis MO, 63124

  Julie Nussbaum
  9360 Old Bonhomme
  St. Louis MO, 63132


## COMPLAINT

If I do any mistake, I will apologize from the Honorable Judge. I do not know the laws and regulations of the United States. Law is special subject.

I went St. Louis for open a new case, District Court to religious discrimination dated on 4.20.2001. I requested from District Court Clerk for docket sheet Case No: 4: 00CV862JCH. Also, I requested photocopy of complaints for seal on them dated on 5. 27. 2000, 6. 8. 2000, 7. 17. 2000, 9.19.2000. Also, I requested for this case Docket Sheets

I went Appeals Court(Case No : 00-3789EMSL) for to learn my situation. Clerk of Appeals Court found my case. He said that my case has been completed. Honorable Judges decision has been given dated on 1. 8. 2001 and it sent to me my address (2498 S. Blue Island, Chicago, IL 60608 ) Clerk of Appeal Court, Mr. Michael Gans, wrote the document dated on 1.9.2001. I were living this address until 2. 10. 2001(App. 1). I received the document dated on 4. 20. 2001. Clerk gave me decision of my documents true and correct seal on them dated on 10. 28. 2000, and 10.24.2000 true and correct seal on District Court and Docket Sheet of Appeals Court. I do not have any document including 1.8. 2001. I have Record Number G-278541 Belmont Police Station dated on 5. 13. 2001 (App.2). I gave the complaint to Illinois Attorney General dated on 5.15.2001

- 1 -

(App.3), and Illinois Attorney General gave an answer dated on 5.23.2001 (App4). I do not have control my mails and my court documents, and my notes. Therefore, I have to send safe place now instead of waiting a counsel from Honorable Judge decision. I do not know how to explain these documents. Also, I do not want to loose these documents.

**A1- Letters** dated on 9.9.1997, 6.17.1992, 13.7.1992, and 3 more pages, all 6 pages.

**A2- Public House** in St. Louis 14 complaints, all 16 pages.

**A3- Refer to File : C-2 A75 828 310** dated on 7.20.1998, complaint 7 pages, total 21 pages.

**A4- Refer to File : A75 828 310** dated on 9.29.1998, complaint 3 pages, total 5 pages.

**A5- Refer to File : A75 828 310** dated on 11.18.1998, complaint 3 pages, total 31+1=32 pages.

**A6- Refer to File : A75 828 310** dated on 12.28.1998, complaint 3 pages, total 3 pages.

**A7- Refer to File : A75 828 310** dated on 10.8.1999, complaint 2 pages, total 3 pages.

**A8- Refer to File : A75 828 310** dated on 12.16.1999, complaint 5 pages, total 5 pages.

**A9- Midwest** Immigration Right Center, dated on 7.22.1999, and 8.10. 1999, total 5 pages.

**A10- Refer to File : A75 828 310**, Immigration Court Miami, Court Clerk, Neal J. O'Conner, dated on 10.2.2000, complaint and appendixes 24 pages.

**A11- Immigration Court, Chicago, Information Request Form** first dated on 3..8..2000, 3 times total 4 pages.

**A12- Circuit Court** of Cook County, Illinois Municipal Department, First District, 5.3.2000 complaint 2 pages, total 6 pages.

**A13- Application Form** for Employment Authorization, all documents 20 pages.

**A14- EEOC** (Equel Employment Opportunity Commission), dated on 8.16.2000, all documents 12 pages.

**A15- Illinois Department of Human Rights,** Charge Number is 2001CF1615, dated on 1.23.2001, complaint 6 pages, total 15 pages.

**A16- my mail** not arrived to Dis Isleri Bakanligi, Ankara/Turkey, 7 pages.

- 2 -

A16- my mail not arrived to Turkish Embassy in Washington, 6 pages.

A18- Chicago Public School, Principal of Payroll Section, complaint 1 pages, total 5 pages.

A19- Chicago Public School, Manager of Substitute Center, complaint 2 pages, total 4 pages.

A20- City Service Request, dated on 10.5.2000, total 1 page.

A21-Address of Nussbaum Families, total 6 pages.

A22- WES (World Education Services), total 6 pages.

A23- to me mails do not arrive to my room, all 17 pages.

Dr. Ali Sayman
1409 W. Diversey Rm.324
Chicago, IL 60614
6. 4. 2001

E-mail : alisayman@hotmail.com



(App-63)



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

_____

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

SAYMAN, ALI                                    Office of the District Counsel-IN
2653 N. CLARK STREET, RM: 30                   55 East Monroe Street, Suite 1700
CHICAGO, IL 60614-0000                         Chicago, IL 60603


Name: SAYMAN, ALI                              A75-828-310


                                       <u>Date</u> of this notice: 09/13/2002

Enclosed is a copy of the Board's decision and order in the above-referenced case.

*Lori Scialabba*


                         Lori Scialabba
                            Chairman


Enclosure


Panel Members:
     SCIALABBA, LORI L.

(App. 63)

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

**Falls Church, Virginia 22041**

File:    A75-828-310 - Chicago

Date:  **SEP 1 3 2002**

In re:  SAYMAN, ALI

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Pro se

ON BEHALF OF SERVICE: Stanislaus Gonsalves, Assistant District Counsel

ORDER:

   PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 3.1(a)(7).

FOR THE BOARD



(App.6b)



**U.S. Department of Just**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

---

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**SAYMAN, ALI**
**2653 N. CLARK STREET, RM: 30**
**CHICAGO, IL 60614-0000**

**Office of the District Counsel-IN**
**55 East Monroe Street, Suite 1700**
**Chicago, IL 60603**

**Name: SAYMAN, ALI**                              **A75-828-310**

                                        **D̲ate of this notice: 09/05/2002**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely.

*Lori Scialabba*

Lori Scialabba
Chairman

Enclosure

Panel Members:
    SCIALABBA, LORI L.

$(App.6b.)$

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

---

File:    A75 828 310 - Chicago                    Date:   **SEP 0 5 2002**

In re:   ALI <u>SAYMAN</u>

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:   Pro se

ON BEHALF OF SERVICE:      Stanislaus Gonsalves
                           Assistant District Counsel

By Direction of the Board,

We find the reasons stated by the respondent insufficient for us to accept the untimely brief in our exercise of discretion. 8 C.F.R. § 3.3(c)(1). Therefore, the motion to accept the untimely brief is denied. Accordingly, the brief is returned. The Board will not consider any additional motions to accept the late filed brief in this matter.

*Lori Scialabba*

**FOR THE BOARD**

( App. 7)



**CHICAGO PUBLIC SCHOOLS**                                    Arne Duncan, Chief Executive Officer

**Office of Labor and Employee Relations**

Cheryl L. Nevins                                              Sharon Bailey
Director                                                      Thomas A. Krieger
                                                             Thomas M. Owens
Curtis L. Goodman                                            Luis Padilla, Jr.
Assistant Director                                           Steffanie L. Pinsky
                                                             Reshorna M. Wofford

October 29, 2002

Mr. Ali Sayman
P. O. Box 804554
Chicago, Illinois 60680

Dear Mr. Sayman:

Be advised that your employment as a Day-to-Day Substitute teacher, SSN 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, with the Chicago Public Schools is terminated immediately.

Sincerely,

*Cheryl Nevins*

Cheryl Nevins

CLN:SB

cc:    Nancy Slavin
       Sam Wiener
       Rita Paul

I received the original letter on November ____, 2002.

Ali Sayman

 **CPS** **CHICAGO PUBLIC SCHOOLS**

Arne Duncan, Chief Executive Officer

**Bureau of Labor and Employee Relations**

Cheryl L. Nevins
Acting Director

Curtis L. Goodman
Assistant Director

Sharon Bailey
Reshoma M. Wofford
Thomas A. Krieger
Thomas M. Owens

October 4, 2002

Mr. Ali Sayman
P.O. Box 804554
Chicago, Illinois 60680

Dear Mr. Sayman:

An Investigatory conference will be convened on **October 18, 2002 at 10:30 a.m.**, in the Bureau of Labor and Employee Relations, 125 South Clark Street, 13th Floor, to discuss a matter which could affect your employment.

This conference is based on an allegation that you have exhibited behaviors that grossly disrupted the orderly educational process in several Chicago Public Schools to which you were dispatched as a Substitute Teacher.

Please be advised that if you wish, you may be represented by one person of your choice at this conference. It is your responsibility to arrange the attendance of your representative.

If you have any questions regarding your attendance, you may contact Flavio Parra at (773) 553-1197.

Sincerely,

Cheryl Nevins
Acting Director of Labor Relations

CLN:FP:hf

cc:    Sam Wiener

(App.7a)



| CTS NO. |
| REGIONAL NO. |
| CATEG. CODE |

Revised. January 199_

## JIM RYAN
**ILLINOIS ATTORNEY GENERAL**

# CONSUMER COMPLAINT FORM

RECEIVED

NOV 2 6 2002

OFFICE OF THE
ATTORNEY GENERAL

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

### CONSUMER:

| Your Name | Ali Sayman | Senior Citizen? ☐ Yes ☐ No | Day Tel. |
| Street Address | 4135 N. Kedvale Ave. Floor 3, Rm. 5 | | Night Tel. |
| City/Town | Chicago | State IL | Zip 60641 |

### COMPLAINT:

| Name of Seller or Provider of Services | Management | Name of Other Seller or Provider of Services |
| Street Address | 4135 N. Kedvale Ave. | Street Address |
| City/Town | Chicago | City/Town |
| State IL | Zip 60641 | Telephone (773) 742-6393 | State | Zip | Telephone |

| Date of Transaction | Cost of Product | How Paid |

Did you sign a contract?
☐ Yes ☐ No   Where?                                   Date

Was product or service advertised?
☐ Yes ☐ No   Where?                                   Date

Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):

Have you complained to the company or the individual?
☐ Yes ☐ No   How?   ☐ By Mail   ☐ By Telephone   ☐ In person   Date

| Person Contacted | Job Title |

| Nature of Response | Date of Response |

Has matter been submitted to another agency or attorney? ☐ Yes ☐ No   If yes, give name and address.

Is court action pending?
☐ Yes ☐ No

(App. 7a)

| FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE: | | | | |
|---|---|---|---|---|
| Make | Model | | Year | VIN or Serial Number |
| Purchased<br>☐ New ☐ Used | Sold<br>☐ With Warranty ☐ As Is | Warranty Expiration Date | Purchase Date | Mileage |

**MISCELLANEOUS:**

Briefly describe your complaint: I moved from Covent Hotel to 4135 N. Kedvale Ave. dated on 11.21.2002. I looked my black handbag dated on 11.24.2002, around 9:00 p.m. I could not see my complaints to Chicago Public Schools, Office of Labor and Employee Relations, Acting Director Mrs. Cheryl L. Nevins. I have a key my door, and Manager Ms. Jeanette Barbosa has key my door. Anyone cannot open my room without key.

I have double locker for blue handbag and black handbag, I always carry with me black handbag at Covent Hotel to go washroom or shower, some place. I put blue handbag

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.) in my room.

Usually, I was getting shower in the morning around 6:40 a.m. for 15 minutes. Attorney of Law, Harold Washington College, gave complaint to Case No. 01-C-4212 for dismissal situation more than 4 months were taken from blue handbag. I had seen roaches between plastic bag inside olive, and nylon bag by knotted

Who referred you to this office? I wanted to leave from Covent Hotel.

**READ THE FOLLOWING BEFORE SIGNING BELOW:**

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) DO NOT SEND ORIGINALS.

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: A. Layman                                    Date: 11.26.2002

**HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?**

RETURN TO:    Jim Ryan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

(App-7b)

# WESTINGHOUSE CAREER ACADEMY
### Dr. L. C. Bibbs, Principal

O2

## MEMORANDUM

**TO:**        Sam Weiner
             Substitute Center

**FROM:**

**DATE:**    May 17, 2002

**RE:**       Substitute Concerns

---

Pursuant to our telephone call today, below you will find information concerning the behavior of one of the substitutes you sent us to us today. We are requesting that he is not sent to Westinghouse in the future.

## ALI SAYMON

Since a teacher who had indicated that he would be absent today arrived to school, I assigned Mr. Saymon to the Office of Attendance. He indicated his displeasure at my request. When I stated that he did not have to remain at our school, he said that he had to in order to be paid. I thanked him for coming to Westinghouse and commented that he need not return based on his reaction. Mrs. Alice Williams, Assistant Principal, witnessed his behavior in the Main Office.

Ms. Kirkland, a staff member of the Office of Attendance, explained to me later on in the day that Mr. Saymon was not very responsive to her directions. She described how he could not place documents in alphabetical order by last names; how he insisted on having two large bags with him at all times; and how he seemed disinterested in his surroundings.

In good faith, we tried to accommodate him today. However, given his response, I am requesting that he not be sent to Westinghouse in the future.

cc:    Dr. L. C. Bibbs

5-20-02  BARBARA  ASKED  NOT  TO
SEND  TO  WESTINGHOUSE.
WESTINGHOUSE  ADVISED

 **CHICAGO PUBLIC SCHOOLS**

DEPARTMENT OF HUMAN RESOURCES ● 125 SOUTH CLARK STREET ● CHICAGO, IL 60603
PHONE 773/553-1000 ● FAX 773/553-1081 ● EMAIL subcenter@csc.cps.k12.il.us

SUBSTITUTE SERVICES

## SUBSTITUTE INCIDENT REPORT        OL

DATE OF REPORT: 4/22/02

SUBSTITUTE NAME: ALi SAYMAN

SOCIAL SECURITY #: 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

| DISCIPLINE CODE/ MISCONDUCT NUMBER (REFER TO REVERSE SIDE) |
| --- |
| 1-10 |

SCHOOL: Best Practice            UNIT #: 1020

ADDRESS: 2040 W. Adams

PRINCIPAL: RichARd Gray            PHONE: 4-7610

WHO WAS INVOLVED IN THE INCIDENT?

__ STUDENT __ FACULTY/STAFF MEMBER __ ADMINISTRATOR __ PARENT __ OTHER:_____

WAS A INCIDENT REPORT FILED?        ✓ NO __ YES
(IF SO, PLEASE ATTACH)

WAS A POLICE REPORT FILED?        ✓ NO __ YES, REPORT #_____
(IF POSSIBLE, PLEASE ATTACH)

*PLEASE ATTACH ANY OTHER EVIDENCE/DOCUMENTATION*

WITNESSES

NAME:_____ TITLE:_____

NAME:_____ TITLE:_____

NAME:_____ TITLE:_____

DATE OF INCIDENT:_____

DESCRIPTION OF INCIDENT (IF NECESSARY, USE ADDITIONAL PAPER AND ATTACH):

PLEASE  Do Not  Send

Him  BACK.

THANK You

SIGNATURE: Myrna Cruz   TITLE: Clerk   DATE: 4/22/02

4-23. DARELLA ASKED NOT TO DEPLOY TO Best
PRACTICE    CHILDREN FIRST
BEST PRACTICE    ADVISED

| 2/806 Snyman Al. | 2498 So. Bl Island | | CHICAGO PERMIT |
|---|---|---|---|
| SUB NO. | SUBSTITUTE NAME | ADDRESS | PHONE NO. |
| 3.36-90-2838 | NO: Harvey Best P. Westase | | Prosser |
| SOCIAL SECURITY NUMBER | CITY STATE ZIP CODE APT. NO. | | STATE CERT. |

### SUBSTITUTE'S RECORD CARD

| DATE ASSIGN | SCHOOL | DATE LEFT | DATE ASSIGN | SCHOOL | DATE LEFT | DATE ASSIGN | SCHOOL | DATE LEFT |
|---|---|---|---|---|---|---|---|---|
| 6/19 | Evergreen | | | | | | | |
| 1/20 | mcPierre | | | | | | | |
| 6/21 | H. Jefferson | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONTINUE ENTRIES ON REVERSE SIDE

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
2.25.2002

*02*

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mrs. Nancy Slavin

I am a substitute teacher. I am not a teacher yet. When I am in the class, I cannot leave from the classroom until at the end of class time. Every student must leave the class, after then I can leave the classroom.

I cannot touch any student. If any student throw any material to me, I cannot throw any material to any student . I can call security who can solve any problem.

According to rule, student must show student I.D. card. I have to control student in the class.

Substitute Center sent me Collins H.S. dated on 2.21.2002.

I was substitute teacher instead of Biology teacher Esguerra. Any security person have not been that area which I was substitute teacher Rm.326 during period 7 and 8. There were more students than normal class. I called security person who has not come to the class. There was not any security person there. In the class, there was not any button for call to main office. This action is discrimination of this Collins H.S.

I cannot do any discrimination - race, religious, sex, and any discrimination - to any student in any classroom. One student is as same as all students.

RECEIVED FEB 2 5 2002

Sincerely Yours

Dr. Ali Sayman

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
4.8.2002

02

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603


Dear Mrs. Nancy Slavin

I am a substitute teacher. I am not a teacher yet. I do not have telephone number. Therefore, I can call substitute center to daily job for absent teacher.

1- When I go any school as a substitute teacher that teacher name has been known by main office from the school.

1a- I was calling substitute center from receptionist desk first floor to get daily job around 7:00 a.m.

1b- I have been prohibited to call daily job from receptionist desk first floor by Substitute Center.

1c- Nowadays, I am calling substitute center from same building 50 cents unlimited time. Sometimes, when I call substitute center, I cannot reach Mrs. Barbara for H.S. job or elementary school. Operator has closed to telephone. Even, I have requested for not close telephone, but they have closed even for 3 minutes time. Sometimes, I do not have more change to call again; they have closed telephone.

2- Many times, operator has given daily job without contact to responsible person, Mrs. Barbara.

2a- I called substitute center dated on 4.3.2002 (App.1). Operator, man, told me that I had to go to Austin H.S. I worked there. I called substitute center dated on 4.4.2002, and I could not get a daily job. I called substitute center, and operator sent me to Austin H.S. Main Office gave me the job. 9:00 a.m., substitute center, Mrs. Barbara, called me cancel to job. Austin H.S. has not called to substitute center. I left Austin H.S. at 9:05a.m.

- 1 -


RECEIVED APR 0 1 2002

2b- How have substitute center known my place Austin H.S. Substitute center have learned from operator. I do not need to learn name of operator. There should be responsible person as an operator. If any irresponsible person has worked as an operator, Manager of Substitute Center has responsible from this situation.

2c- I have never gone any Chicago Public Schools without permission from substitute center.

3- I have not done any discrimination to go any Chicago Public Schools. Generally, when substitute center have given a daily job, I have been there as soon as possible.

3a- I cannot do any discrimination - race, religious, sex, and any other discrimination - to any student in any classroom. One student is as same as all students.

Sincerely Yours

Dr. Ali Sayman

LHBUK-KELHITUNS     Fax:7735531201     Uct 10 2002  3:34   P. 11

Ali Sayman
1409 W. Diversey Rm.324
Chicago, IL 60614
4. 12. 2001

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St.
Chicago, IL 60603

Dear Mrs. Nancy Slavin

I were living this address: 2498 S. Blue Island Rm.19, Chicago, IL 60608. I left this address dated on 2.10. 2001. I am living from my address (1409 W. Diversey Rm.324, Chicago, IL 60614) since 2. 10. 2001. Original Substitute certificate has been sent from Springfield dated on 1.30. 2001. I have not received this certificate and it was not return to back to Springfield. New Original Substitute certificate has been sent from Springfield to Chicago Public Schools, and then to me dated on March 16, 2001. When I received this Original Substitute certificate, I went Substitute Center to give photocopy it. Mr. Sam Wiener said that we had this photocopy of Original Substitute certificate.

Day to day Substitute (Conditional/Provision). I am getting Daily Rate: $73.76

Full Time Provisional Substitute (FTP). Daily Rate: 99:58
Bachelor's degree or higher.

! - Assigned to school and has daily classroom responsibilities.
I work every day at any Public School in Chicago. I have not received this situation yet.

2- Must be appointed by Principal and required to complete two classroom management workshops. I do not have this position now.

I requested to know my situation on the written paper.

Sincerely Yours

Dr. Ali Sayman

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
5.6.2002

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

O2

Dear Mrs. Nancy Slavin

I am a substitute teacher. I am not a teacher yet. When I am in the class, I cannot leave from the classroom until at the end of class time. Every student must leave the class, after then I can leave the classroom.

I cannot touch any student. If any student throws any material to me, I cannot throw any material to any student. I can call security that can solve any problem.

According to rule, student must show student I.D. card. I have to control student in the class. I can take student I.D. before student to enter the class. Students can take I.D. back card at the end of class before 5 minutes. I learned this situation from the security person another Chicago Public School H.S.

Substitute Center sent me to Best Practice H.S dated on 5.3.2002. I was taking student I.D. card, and I have put all I.D. on the teacher's desk. I wrote on the blackboard," I.D. requested for attendance" and " I.D. will be returned 1:53 p.m.". Teacher Mr. Mark Fertel enters to 6 th period the classroom, 301A, beside other students. He took attendance sheet and he has done it (App.1). He returned all students I'D from on the teacher's desk to students. I had done same situation before mathematics' class at this H.S.. Principal came, I told him what I had done for student's I.D. to attendance sheet, and returned I.D. He had accepted this situation.

I told him that I would leave from this class, you did this job. I did not need to stay here. You were the teacher. He said that I had to be here in this class, and he left the class. It was not good classroom after he left.

I do not do any discrimination to go any school.

Sincerely Yours

Dr. Ali Sayman

Case: 1:03-cv-00027 Document #: 1 Filed: 01/02/03 Page 52 of 65 PageID #:52

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
6. 3. 2002

02

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603


Dear Mrs. Nancy Slavin

Substitute Center gave me daily job to Roberson H.S. (6835 S. Normal Bl) as a substitute
teacher dated on 5.30.2002.

I were in the classroom, 230, for 6th period environment science. At the end of the class, a
student has fired small gas bomb. I called security during 6th period to look student I.D.
There were 4 students who have not shown I.D. for attendance. Security person left class
without control I.D.

I could not do period 7th at the classroom 230.


                                        Sincerely Yours

                                        Dr. Ali Sayman.


RECEIVED  JUN 0 3 2002

Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
6.10.2002


Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603


Dear Mrs. Nancy Slavin

Substitute Center gave me daily job to Austin H.S. (231 N. Pine Av.) as a substitute
teacher dated on 6.5.2002.

I was in the classroom, 321, for 2nd period. During this period one student threw a bone
meat when I were at my desk. I called security. Students gave me the wrong student.
Security person has seen another student who has bone meat. I went main office to give
material to her who has not accepted. I went discipline office, room 134, and I gave two
materials and this paper to security person, 219, (App.1).

At the end of the class, the student came the classroom back, and threw the big bone meat
on my head. He left the class immediately. I was alone in the class at this time.

Substitute Center gave me daily job to Austin H.S. (231 N. Pine Av.) as a substitute
teacher dated on 6.7.2002.

I were in the assemble hall, 105, 6th period. Middle of the time this period, the student,
Isaiash Durham, Division 517, came to me, and he showed his I.D., and then he sit one of
the chair. He was not sign attendance sheet dated on 6.7.2001 (App.2). I called security
person who took his I.D., and I wrote his name.


Sincerely Yours

Dr. Ali Sayman.

RECEIVED JUN 1 0 2002

$(App. 7 \pm)$

Dr.Ali Sayman
P.O.Box. 804554
Chicago, IL 60680-4107
10.18.2002

Dear Ms. Cheryl Nevins

1- I received the complaint from Ms. Cheryl Nevins dated on 10.4. 2002, and I received this letter dated on 10.10.2002. I have not received related my document for to answer. I gave the complaint to Manager of Mrs. Nancy Slavin dated on 10.1.2002 (App.1). About processor Car Acad ( H.S.), and the student, boy, throw a plastic bottle. I called security who was behind the student. Security and Principle did not protect me, therefore I left the school with permission of principle.

1a- I gave the complaint to Manager of Mrs. Nancy Slavin dated on 10.3.2002 (App.2 ). I could not get a daily job from Substitute Center. I could not get a daily job any more.

1b- I gave the complaint to Chief Human Resource Center , Mr. Ascencion Juarez, dated on 10.8.2002 (App.3 ). I wanted to learn reason of daily job.

2- I gave the complaint to Manager of Mrs. Nancy Slavin dated on 3.11.2002, and 5.6..2002 (App.4a, 4b),

2a. Also, I gave the complaint to Illinois General Attorney, Jim Ryan, dated on 3.11.2002 (App.5). Teacher took some paper from locked handbag in the teacher lounge when I was in the washroom.

3- I can carry any kind material in locked handbag. Many Substitute teacher could carry larger or bigger handbag. I do not carry illegal material in my handbags.

3a- I gave in safe places in some school. They took same papers from locked handbags. Therefore, I carry with me in the class or any where for protect my papers.

3b- I gave the complaints to Illinois Attorney General, Jim Ryan. I received Office of the Attorney General, State of Illinois Re: , File No: I am giving some examples: Practices HS, File No:  2001- CONSC-00040694 dated on October 17, 2001 (App.6).

4- I have no privacy in my room, and my room at any time to control my room . I have no privacy in Chicago Public Schools  I have to carry with me all the times at any school. I gave some school my locked handbag, and some paper were taken from my handbag. I will cary all time with me.I have not carry illegal materials in my handbag.

5- I were a substitute teacher one workday at Harvey Academic Preparatory Center H.S.;

- 1 -

2245 N. Mc Vickers Ave; (773) 534 3175 in spring semester 2001. In the class, one boy was bothering the girl. She wanted to go security person, and I gave permission to go the class to security person. She left the class, and the boy wanted to catch her. I were on out from the door section, and I did not give permission him to follow her. He hit his hand to my arm to go out of the class. I am against to touch student, also student should not touch to a teacher.

5a- I went Juvenile Court (Case No: 01-JD-1326) for the student dated on 4.11.2001 (App.7). I were in the room before to see Honorable Judge in the Courtroom. Some counsels asked question about actions. I told them. Counsel asked me for him to under control of religious person, priest. I did not aspect this situation. There is not religious person to involve in Court in Turkey. If there is a problem, we can send to psychologist who can take care of student instead of religious person. Counsel wanted my signature for not accepting religious person, priest. I signed the paper that I did not want priest for him. Religious person use one-way, religion way. But psychologist use different kind way depends on the student. Psychologist knows how to repair brain in scientific ways.

6- I were at the High School as a substitute teacher. A student was doing a mistake. Security told that if the student does not stop his mistake, security person would send the student to the priest. Student said that the student did not do anymore mistake, and added not to send him to priest. Student afraid more from priest than security person. I have seen these actions in the High School one day spring semester 2002.

7- Hugo, Victor ( B. Feb. 26.1802, Besancon, Fr. –d. May 22, 1885, Paris ), poet, novelist, and dramatist who was the most important of the French Romantic writers. The French Roman clergy, however, could not accept the Huguenots and worked to deprive them of their rights. General harassment and the forcible conversion of thousand of Protestant were rampant for many years. Finally, on Oct-18, 1685, louis XIV pronounced there vocation of the Edict of nantes. As a result, over the next severalyears, France lost more than 400,00 of its Protestant inhabitants. …

In November 1789, with the birth of the Revolution, the National Assembly affirmed the liberty of religion and granted protestants admission to all offices & profession. See: Encyclopedia Britannia Inc., 2002, ISBN Number: 0-85229-787, First Edition 1768-1771, Vol.2, p.580.

Expression of Hugo : "I want freedom at education. This freedom must be under control of State and state must be complete and toward laic education. According to me, this control committee must not enter religious representation to high committee, to lower committee." See: Cumhuriyet, Newspaper, and Writer: Okyay Akbal, 3.5.2002. ( I translated from Turkish to English).

8- Bruno, Giordano (b.1548 Nola near Maples, d. Feb. 17, 1600, Roma) Pope Clement VIII ordered, "he be sentenced as an impetitent and pertinacious heretic. On Feb. 8, 1600, when thedeath sentence was formally read to him, he addressed his judges, saying "

- 2 -

(App. 1.)

Ali Sayman
P.O.Box. 804554
Chicago, IL 60680-4107
10.1.2002

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mrs. Nancy Slavin

Substitute Center gave me daily job to Processor Car Acad  (H.S.). dated on 9.30.2002.
I were in the classroom, 128, for 7 period Spanish. Before 5 minute ago at the end of 7 period, one
student threw plastic empty water to my head, when I were on teacher desk. I called security and
security came. Girls' students told that the boy threw the bottle. Security woman told that girls'
students threw the bottle instead of the boy. I wanted her name; she did not give her name. She said
that 40 students (there were less than 30 students in the class) were in the, she could not do anything.
I could see the student when he was throwing the plastic bottle. But there was only one boy stand up
and the others students were sitting on the own chairs. I went to talk to Principle. I told my situation
to protect me. He said that he could not protect me. He said that his opinion that I should not come
anymore to this High School, and I had to tell Substitute Center not to come again to Prosser H.S.  I
said to Principle that if he could not protect me, I could leave from school before 8 period. He gave
permission to leave the school, and I left the school 2:05 p.m. instead of 2:46 p.m.

I am a Substitute teacher. I could not and cannot hit any student at any school at Chicago Public
Schools. Security should protect any teacher or/and substitute teacher.

Sincerely Yours

Dr. Ali Sayman

Received
10-1-02
A. Ni
4:09 P.M.

(App. 2 )

Ali Sayman
P.O.Box. 804554
Chicago, IL 60680-4107
10.3.2002

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mrs. Nancy Slavin

I called to Substitute Center (553 1080) for confirmation number for 10.3.2002 . I called for daily job to Substitute Center at 7:05 a.m. 10.3.2002 on Thursday. Substitute Center, women opened to telephone. I requested a daily job today as a substitute teacher High School. I gave my name. She said that I did not a job, and I should not call again, and then close the telephone.

I am a residence at 2653 N. Clark St. No.30, Covent Hotel, Clark and Diversey intersection. I requested North East Section instead of North West Section.

I have not received any written paper for job cancellation. Also, I have worked first 2 weeks 1 day.

I would like to learn my situation written document. Thank you.

Sincerely Yours

Dr. Ali Sayman

RECEIVED OCT 0 3 2002

(App. 3)

RECEIVED

'02 OCT -8 P2 :22

OFFICE OF GENERAL COUNSEL

Ali Sayman
P.O.Box. 804554
Chicago, IL 60680-4107
10.8.2002

Mr.Ascencion Juarez
Chief Human Resource Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mr. Ascencion Juarez

I called to Substitute Center (553 1080) for confirmation number for 10.3.2002 . I called for daily job to Substitute Center at 7:05 a.m. 10.3.2002 on Thursday. Substitute Center, women opened to telephone. I requested a daily job today as a substitute teacher High School. I gave my name. She said that I did not a job, and I should not call again, and then close the telephone.

I am a residence at 2653 N. Clark St. No.30, Covent Hotel, Clark and Diversey intersection. I requested North East Section instead of North West Section.

I have not received any written paper for job cancellation. Also, I have worked first 2 weeks 1 day.

I would like to learn my situation written document. Thank you.

Sincerely Yours

Dr. Ali Sayman

$(App-4a)$

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
3.11.2002

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mrs. Nancy Slavin

I am a substitute teacher. I am not a teacher yet. When I am in the class, I cannot leave from the classroom until at the end of class time. Every student must leave the class, after then I can leave the classroom.

I cannot touch any student. If any students throw any material to me, I cannot throw any material to any student. I can call security that can solve any problem.

According to rule, student must show student I.D. card. I have to control student in the class. I am responsible from the class that the teacher is not in the class.

Substitute Center sent me Best Practice H.S. dated on 3.1.2002.

I was substitute teacher room 310. I gave class work papers to students. Last period, there were more students to normal class. I called to security for only the teacher's students to stay in the class. He did not care about it. He said that they could stay in the classroom. A student threw the paper ball to me. I called security; he said that paper ball does not hurt me. I requested him to stay in the class. This action is discrimination of this Best Practice H.S.

I cannot do any discrimination - race, religious, sex, and any discrimination - to any student in any classroom. One student is as same as all students.

Sincerely Yours

Dr. Ali Sayman

(App.4b.)

Dr. Ali Sayman
19 E. Ohio St. Rm.1106
Chicago, IL 60611
5.6.2002

Mrs. Nancy Slavin
Manager of Substitute Center
Chicago Public Schools
125 S. Clark St. Floor 2
Chicago, IL 60603

Dear Mrs. Nancy Slavin

I am a substitute teacher. I am not a teacher yet. When I am in the class, I cannot leave
from the classroom until at the end of class time. Every student must leave the class, after
then I can leave the classroom.

I cannot touch any student. If any student throws any material to me, I cannot throw any
material to any student. I can call security that can solve any problem.

According to rule, student must show student I.D. card. I have to control student in the
class. I can take student I.D. before student to enter the class. Students can take I.D. back
card at the end of class before 5 minutes. I learned this situation from the security person
another Chicago Public School H.S.

Substitute Center sent me to Best Practice H.S dated on 5.3.2002. I was taking student
I.D. card, and I have put all I.D. on the teacher's desk. I wrote on the blackboard," I.D.
requested for attendance" and " I.D. will be returned 1:53 p.m.". Teacher Mr. Mark Fertel
enters to 6 th period the classroom, 301A, beside other students. He took attendance sheet
and he has done it (App.1). He returned all students I'D from on the teacher's desk to
students. I had done same situation before mathematics' class at this H.S.. Principal
came, I told him what I had done for student's I.D. to attendance sheet, and returned I.D.
He had accepted this situation.

I told him that I would leave from this class, you did this job. I did not need to stay here.
You were the teacher. He said that I had to be here in this class, and he left the class. It
was not good classroom after he left.

I do not do any discrimination to go any school.

Sincerely Yours

Dr. Ali Sayman

Received

5-6-02

3:07 P.M.

(App. L)

| | | 29110 | 01 | LATIN AMR HISTORY | | CHICAGO PUBLIC HIGH SCHOOLS |
|---|---|---|---|---|---|---|

## CLASS ROSTER

| | | 1 | 17220 | | 01020 | TEACHER | VEL | T.A.P. PERCNTLE RANK |
|---|---|---|---|---|---|---|---|---|

| N | DIV | STUDENT NAME | DRP | STUDENT NO | PHONE NO | RD MT IP CM SS SCI |
|---|---|---|---|---|---|---|
| 1 | 202 | AGUILERA LIGIA | | 40125779 | 3127380608 | |
| 2 | 204 | BARZOLA DANIEL | | 31260019 | 7738470957 | |
| 3 | 204 | BROOKS SHALAKA | | 30733487 | 7732656097 | |
| 4 | 204 | BRYANT AARON | | 31720796 | 3124330449 | |
| 5 | 204 | CASEY ALEXIS | | 31787793 | 7732779129 | |
| 6 | 204 | CHANDLER LEEANNA RENEE | | 32643189 | 7737225298 | |
| 7 | 201 | CHEY C OREY | | 32251099 | NONE | |
| 8 | 206 | GREEN ANTWAN KC | | 32717160 | 3127331552 | |
| 9 | 204 | GUZMAN MARK | | 31800102 | 7738475568 | |
| 10 | 207 | HERNANDEZ DURAN ANIBAL | | 31181798 | 7737224740 | |
| 11 | 204 | HILL JASON IVORY | | 38675818 | 3122266033 | |
| 12 | 205 | HOUSTON BRIAN | | 32072569 | 7733791853 | |
| 13 | 204 | LASALLE NINA | | 30984501 | 3127872498 | |
| 14 | 206 | LYONS HOMER III | | 30092562 | 3126662563 | |
| 15 | 306 | MADDOCK LAWNYA NATE | | 36350830 | 7738263877 | |
| 16 | 303 | MATTHEWS SELINDA | | 32167748 | 7735339099 | |
| 17 | 202 | MCCANN LATASHA LATREAS | | 30823699 | 7738623358 | |
| 18 | 206 | NEALLEWIS JIHAN | | 40929622 | 3127911036 | |
| 19 | 201 | PARKER KESHIA | | 30734599 | 3126663554 | |
| 20 | 204 | PEREZ ARABEL | | 31259361 | 3124928399 | |
| 21 | 204 | PINEDA JOSE | | 31241790 | 7735231706 | |
| 22 | 204 | RICHARDSON JASNEY LIZZIE | | 32728243 | 3127331512 | |
| 23 | 207 | SMITH SHANETTE QUINTELLA | | 30617002 | 7736385807 | |
| 24 | 204 | OWENS SHARON NICOLE | | 31055318 | 7738337010 | |
| 25 | 206 | STEWART ... LA | | 32763545 | 7736385745 | |
| 26 | 204 | TYLOONE ANGELICA | | 30118138 | 7733793418 | |
| 27 | 206 | WEBER FRED JOEL | | 30392620 | 3129972139 | |
| 28 | 201 | WHITE LAKEISHA MARIE | | 31850509 | 7732655385 | |
| 29 | 207 | WILLIAMS MARCUS | | 32748384 | 7732373381 | |
| 30 | 206 | WRIGHT BROOKLIN | | 31471567 | 7733781681 | |
| | 204 | Juniver, Deavona 3/11/02 | | | | |

*(App-5 )*

**RECEIVED**

OCT 1 0 2001

OFFICE OF THE
ATTORNEY GENERAL



**JIM RYAN**

ILLINOIS ATTORNEY GENERAL

| CTS NO. | |
|---|---|
| REGIONAL NO | |
| CATEG. CODE. | |

Revised. January 1994

# CONSUMER COMPLAINT FORM

1. Please to be sure to complain to the company or individual before filing.
2. Please type or print clearly in dark ink.
3. Incomplete or unclear forms will be returned to you.
4. Make sure you enclose copies of important papers concerning your transaction.

**CONSUMER:**

| Your Name | Senior Citizen? | Day Tel. |
|---|---|---|
| Ali Sayman | ☐ Yes ☐ No | |

| Street Address | Night Tel. |
|---|---|
| 19 E. Ohio St. Rm. 1406 | |

| City/Town | State | Zip |
|---|---|---|
| Chicago | IL | 60611 |

**COMPLAINT:**

| Name of Seller or Provider of Services | Name of Other Seller or Provider of Services |
|---|---|
| Best Practice H.S. | |

| Street Address | Street Address |
|---|---|
| 2040 W. Adam St. Teacher's Lounchroom | |

| City/Town | City/Town |
|---|---|
| chicago | |

| State | Zip | Telephone | State | Zip | Telephone |
|---|---|---|---|---|---|
| IL | 60612 | 537-7499 | | | |

| Date of Transaction | Cost of Product | How Paid |
|---|---|---|
| | | |

Did you sign a contract?
☐ Yes ☐ No   Where? _____   Date _____

Was product or service advertised?
☐ Yes ☐ No   Where? _____   Date _____

Type of Complaint—e.g. car, mail order, etc. (Use reverse to provide details):

Have you complained to the company or the individual?
☐ Yes ☐ No   How?   ☐ By Mail   ☐ By Telephone   ☐ In person   Date _____

| Person Contacted | Job Title |
|---|---|
| | |

| Nature of Response | Date of Response |
|---|---|
| | |

Has matter been submitted to another agency or attorney?   ☐ Yes   ☐ No   If yes, give name and address.

Is court action pending?
☐ Yes ☐ No

(App. 5)

| **FILL OUT IF COMPLAINT IS ABOUT A MOTOR VEHICLE OR APPLIANCE:** | | | |
|---|---|---|---|
| Make | Model | Year | VIN or Serial Number |
| Purchased<br>☐ New ☐ Used | Sold<br>☐ With Warranty ☐ As Is | Warranty Expiration Date | Purchase Date | Mileage |

**MISCELLANEOUS:**

Briefly describe your complaint: Substitute Center, Chicago Public Schools, sent me as a substitute teacher to Best Practice H.S. dated on 10.5.2001. I have locked handbag with me. I had the key. I was at the Lunchroom of Teacher at noon, 6th period, for lunch. I did not take my locked handbag in washroom. These materials were taken from handbag when I was in washroom. This key had only Bellwood Hotel. How does it come to Best Practice H.S.

1) I sent 3 letters to 3 different address for application form of evaluation for foreign high school teacher.

What form of relief are you seeking? (e.g. exchange, repair, money back, etc.)

2) Illinois Board of Education from Springfield sent me list of Regional Superintendent addresses, and the letter about teaching certificate.

3) I send the fax to Illinois Board of Education, Evaluation Service, Springfield for the result of teaching mathematics certificate dated on 9.21.2001.

Who referred you to this office?

**READ THE FOLLOWING BEFORE SIGNING BELOW:**

PLEASE ATTACH TO THIS FORM **PHOTOCOPIES** of any papers involved (contracts, warranties, bills received, cancelled checks - front and back, correspondence, etc.) DO NOT SEND ORIGINALS.

In order to resolve your complaint we may send a copy of this form to the person or firm you are complaining about.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Signature: _____    Date: 10.10.2001

**HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?**

RETURN TO:  Jim Ryan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000




 

(App-6)

## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Jim Ryan**
ATTORNEY GENERAL

October 17, 2001

Mr. Ali Sayman
19 E Ohio Street
Room 1406
Chicago, IL 60611

          **RE:   BEST PRACTICES HS**
          **FILE NO: 2001-CONSC-00040694**

Dear Mr. Sayman:

      We have reviewed your recent complaint regarding the above matter.

      Although we understand the concerns expressed in your complaint, the facts do not presently warrant further action within the authority of the Attorney General.

      Under Illinois law, we cannot provide legal advice or represent you as your personal lawyer. Consequently, if you wish to pursue this matter, we suggest that you consider the following alternatives:

      1.     Personally negotiating your complaint or dispute;

      2.     Discussing this matter with a lawyer in private practice;

      3.     Taking action in Small Claims court.

      We wish to express our appreciation for your cooperation in bringing this matter to our attention. It is only through the assistance of concerned citizens that we can effectively do our job of enforcing Illinois' consumer protection laws.

                Sincerely,

                *Patrick Hurley*

                Patrick Hurley
                Consumer Protection Division
                (312) 814-3834

/cr

*********************************************************************
### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
*********************************************************************

In the interest of  ( App. 7 )  )
                                 )
Juan F Delgado                   )     Juvenile No: 01JD1326
                                 )
A MINOR                          )

************
* SUBPOENA *
************

TO: Ali Saymau
    2245 N. Mcvicker
    Chicago, Il 60639

You are commanded to appear to testify before the Honorable Judge

Carol A. Kelly in Calendar 57-Rm 5 of the Juvenile Courts,

1100 South Hamilton Ave, Chicago, Illinois on April 11, 2001

at 9:00 A.M.


Your failure to appear in response to this subpoena will subject you
to punishment for contempt of this court.

Witness March 13, 2001

# DOROTHY BROWN
DOROTHY BROWN, CLERK OF COURT

Name:          PLITZ, MCNULTY, PARK
Attorney for:  PEOPLE OF THE STATE OF ILLINOIS
Address:       (OGDEN AND ROOSEVELT) 1100 S. HAMILTON
City:          CHICAGO, ILLINOIS 60612
Telephone:     433-7000
Attorney #:    33182

I served this subpoena by handing a copy to _____

on _____, 20_____.

Signed and sworn to me on _____, 20_____.

_____ Notary Public

*********************************************************************
### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT, COOK COUNTY
*********************************************************************